# Order

Michigan Supreme Court
Lansing, Michigan

November 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154190-3(117)


BANK OF AMERICA, NA,
        Plaintiff-Appellee,

v

FIDELITY NATIONAL TITLE INSURANCE
COMPANY,
        Defendant-Appellant,
and

FIDELITY TITLE COMPANY, HARRY S.
ELLMAN, JEANENNE FOSTER KEELY,
f/k/a JEANENNE FOSTER, FREEDOM
FINANCIAL MORTGAGE LENDING, LLC,
JOHN HUSAR, FIRST MORTGAGE
CORPORATION, THOMAS R. GRACZYK,
and RONALD KELLER,
        Defendants.
_____/

SC: 154190, 154191, 154192
COA: 311798, 312426, 313797
Oakland CC: 2010-114319-CK


BANK OF AMERICA, NA,
        Plaintiff/Counterdefendant-
        Appellee,

v

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, f/k/a LAWYERS TITLE
INSURANCE CORPORATION,
        Defendant/Counterplaintiff-
        Appellant,
and

SC: 154193
COA: 313538
Genesee CC: 2011-095286-CZ

CHICAGO TITLE INSURANCE COMPANY,
f/k/a TICOR TITLE INSURANCE OF
FLORIDA,

              Defendant/Counterplaintiff,

and

GREAT LAKES BROKER FUNDING, KURT W.
HEINTZ, MICHIGAN LAND DEVELOPMENT,
THOMAS KELLER, TITLE MICHIGAN
AGENCY, JEANENNE FOSTER KEELY,
STATE VALUE APPRAISALS, NATHAN B.
HOGAN, DOUGLAS K. SMITH, MORTGAGE
HOTLINE, INC., d/b/a AMERICAN MORTGAGE
DECISIONS, JAMES D. LAMAR, III, and
JAMES J. FISH,

              Defendants.

_____/

On order of the Chief Justice, the motion of American Land Title Association to participate as amicus curiae and submit a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on October 26, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016

Clerk